IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MORRIS SHINER, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO. 21-1463 |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 27th day of July, 2022, upon consideration of Plaintiff's brief and statement of issues (Doc. 13), Defendant's response (Doc. 14), the reply (Doc. 16), and after careful consideration of the administrative record (Doc. 12), IT IS HEREBY ORDERED that:

1. Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is DENIED,

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to Plaintiff at the return address on the envelope which contained his reply (Doc. 16 at 4), and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY, U.S.M.J.